572

478 A.2d 109

Commonwealth v. Caldwell, Appellant.
Petition for Allowance of Appeal
Denied Oct. 15, 1984.

Submitted March 19, 1984. Marilyn J. Gelb, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Order denying PCHA affirmed.

SPAETH, President Judge, concurred in the result.